in oral argument as *amicus curiae* and for divided argument granted.

No. 10–188. SCHINDLER ELEVATOR CORP. *v.* UNITED STATES EX REL. KIRK. C. A. 2d Cir. [Certiorari granted, 561 U. S. 1058.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. JUSTICE KAGAN took no part in the consideration or decision of this motion.

FEBRUARY 22, 2011

No. 10–8577. ROBILIO *v.* SELF HELP VENTURES FUND. Ct. App. Tenn. Certiorari dismissed under this Court's Rule 46.1.

No. 10–324. UNITED STATES *v.* PRAYLOW. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Abbott* v. *United States, ante,* p. 8. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–6456. STURGIS *v.* UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Arizona* v. *Gant,* 556 U. S. 332 (2009).

No. 10–6521. GARZA *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Magwood* v. *Patterson,* 561 U. S. 320 (2010).

No. 10–7786. SIMPSON *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.